# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

ANGELA WOODS, individually
and on behalf of all others
Similarly situated,

    Plaintiff,

v.   No. 2:20-cv-02433-MSN-cgc

THE HERSHEY COMPANY,
a Foreign Profit Corporation,

    Defendant.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

Before the Court is Plaintiff's Notice of Voluntary Dismissal without prejudice filed on August 13, 2020. (ECF No. 10.) In accordance with the Notice of Voluntary Dismissal, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this case is **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED** this 14th of August, 2020.

    *s/ Mark Norris*
    MARK S. NORRIS
    UNITED STATES DISTRICT JUDGE