IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

ANGELA WOODS, individually
and on behalf of all others
Similarly situated,

    Plaintiff,

v.   No. 2:20-cv-02433-MSN-cgc

THE HERSHEY COMPANY,
a Foreign Profit Corporation,

    Defendant.

## JUDGMENT

**JUDGMENT BY COURT.** This action came before the Court on Plaintiff's Complaint (ECF No. 1), filed June 18, 2020,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal Without Prejudice (ECF No. 11), filed August 14, 2020, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**
*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

August 14, 2020
Date